Shawn Khorrami, SBN 180411
skhorrami@kpalawyers.com
Robert J. Drexler, Jr., SBN 119119
rdrexler@kpalawyers.com
Launa Adolph, SBN 227743
ladolph@kpalawyers.com
**KHORRAMI POLLARD & ABIR LLP**
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:   (213) 596-6000
Facsimile:    (213) 596-6010

*Attorneys for Plaintiffs*

Joan B. Tucker Fife, SBN 144572
jfife@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

*Attorneys for Defendant*

ADDITIONAL COUNSEL LISTED
ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUKE HALTON and DENNIS BIER, Individually and on behalf of All Other Similarly Situated Current and Former Employees,<br><br>Plaintiffs,<br><br>vs.<br><br>VALSPAR CORPORATION & SUBSIDIARIES, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 10-CV-02400 FCD EFB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

1

ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT

**ORDER**

The Court, having considered the stipulation of the parties granting Plaintiffs leave to file a First Amended Complaint, and upon finding that good cause exists, hereby ORDERS as follows:

1. Plaintiffs' request for leave to file a First Amended Complaint removing the allegations under the FLSA is GRANTED;

2. The First Amended Complaint, attached hereto as Exhibit A, shall be deemed filed and served upon entry of this Order.

**IT IS SO ORDERED.**

Dated:  April 5, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE