Shawn Khorrami, SBN 180411
skhorrami@kpalawyers.com
Robert J. Drexler, Jr., SBN 119119
rdrexler@kpalawyers.com
Launa Adolph, SBN 227743
ladolph@kpalawyers.com
**KHORRAMI POLLARD & ABIR LLP**
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:   (213) 596-6000
Facsimile:   (213) 596-6010

*Attorneys for Plaintiffs*

Joan B. Tucker Fife, SBN 144572
jfife@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

*Attorneys for Defendant*

ADDITIONAL COUNSEL LISTED
ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE HALTON and DENNIS BIER, Individually and on Behalf of All Other Similarly Situated Current and Former Employees,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>VALSPAR CORPORATION AND SUBSIDIARIES, a Delaware corporation, and DOES 1 through 10, Inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-02400-FCD-EFB<br><br>**JOINT STIPULATION AND ORDER RE FILING OF ANSWER TO AMENDED COMPLAINT** |

The parties to the above-referenced action stipulate as follows:

WHEREAS, on April 4, 2011, the parties filed a stipulation and proposed order granting Plaintiffs leave to file a First Amended Complaint ("FAC");

WHEREAS, the Court granted leave on April 5, 2011, and ordered that the FAC was deemed filed as of that date;

WHEREAS, the parties have agreed that Defendant could file its Answer to the FAC on May 4, 2011 instead of by the deadline set by the Federal Rules of Civil Procedure;

WHEREAS, this Court has inherent discretion to manage its docket and discretion to extend deadlines pursuant to Fed. R. Civ. Proc. 6(b);

THEREFORE, IT IS HEREBY STIPULATED THAT Defendant's Answer to Plaintiff's FAC filed on May 4, 2011 (Docket No. 20) shall be accepted as timely filed in response to Plaintiff's FAC.

DATED: May 6, 2011                    KHORRAMI POLLARD & ABIR LLP


By:    /s/ *Launa Adolph*
       Shawn Khorrami
       Robert J. Drexler, Jr.
       Launa Adolph
       KHORRAMI POLLARD & ABIR, LLP
       444 S. Flower Street, 33rd Floor
       Los Angeles, CA 90071
       Telephone:   (213) 596-6000
       Facsimile:   (213) 596-6010

       Andrew J. Sciolla (*Pro Hac Vice* Forthcoming)
       POGUST, BRASLOW & MILLROOD LLC
       Eight Tower Bridge, Suite 1520
       161 Washington Street
       Conshohocken, PA 19428
       Telephone:   (610) 941-4204
       Facsimile:   (610) 941-4245

       Attorneys for Plaintiffs,
       LUKE HALTON and DENNIS BIER

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

DATED:  May 6, 2011                    WINSTON & STRAWN LLP


By:      /s/ *Emilie C. Woodhead*
Joan B. Tucker Fife
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400


Emilie C. Woodhead
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:     (213) 615-1700
Facsimile:      (213) 615-1750

Attorneys for Defendant,
VALSPAR CORPORATION

**ORDER**

Having considered the Joint Stipulation submitted by the parties and, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Defendant's Answer to Plaintiff's FAC filed on May 4, 2011 (Docket No. 20) shall be accepted as timely filed in response to Plaintiff's FAC.

IT IS SO ORDERED.

Dated:  May 6, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE