Shawn Khorrami, SBN 180411
skhorrami@kpalawyers.com
Robert J. Drexler, Jr., SBN 119119
rdrexler@kpalawyers.com
Launa Adolph, SBN 227743
ladolph@kpalawyers.com
**KHORRAMI POLLARD & ABIR LLP**
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:   (213) 596-6000
Facsimile:    (213) 596-6010

*Attorneys for Plaintiffs*

Joan B. Tucker Fife, SBN 144572
jfife@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

*Attorneys for Defendant*

ADDITIONAL COUNSEL LISTED
ON SIGNATURE PAGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE HALTON and DENNIS BIER, Individually and on Behalf of All Other Similarly Situated Current and Former Employees,<br><br>    Plaintiffs,<br><br>    vs.<br><br>VALSPAR CORPORATION AND SUBSIDIARIES, a Delaware corporation, and DOES 1 through 10, Inclusive,<br><br>    Defendants. | Case No. 2:10-cv-02400-FCD-EFB<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

The parties to the above-referenced action stipulate as follows:

WHEREAS, on March 3, 2011, the Court issued its Status (Pretrial Scheduling) Order (Docket No. 16) setting the following pretrial deadlines:

    1.  Pre-certification discovery cut-off:  August 15, 2011;

    2.  Plaintiff's Motion for Class Certification:  December 16, 2011;

    3.  Defendant's Opposition:  December 30, 2011;

    4.  Plaintiff's Reply:  January 6, 2012; and

    5.  Hearing on Class Certification:  January 13, 2012.

WHEREAS, the parties are engaging in discovery;

WHEREAS, the parties have not yet finalized a stipulated protective order, in part, because Defendant must ensure that any such order complies with its obligations to third parties;

WHEREAS, the parties intend to continue working toward completing discovery and agree that additional time is necessary to prepare for class certification;

WHEREAS, the parties have met and conferred to determine a schedule for briefing and hearing the Plaintiff's Motion for Class Certification that accommodates previously scheduled travel and unavailability of counsel;

THE PARTIES THEREFORE STIPULATE AND REQUEST THAT the Court vacate the above-referenced deadlines, and set new deadlines as follows:

    1.  Pre-certification discovery cut-off:  December 16, 2011;

    2.  Plaintiff's Motion for Class Certification:  January 31, 2012;

    3.  Defendant's Opposition:  February 14, 2012;

    4.  Plaintiff's Reply:  February 21, 2012; and

    5.  Hearing on Class Certification:  March 20, 2012.

/ / /

/ / /

/ / /

DATED: July 22, 2011                KHORRAMI POLLARD & ABIR LLP

By:      /s/ *Launa Adolph*
         Shawn Khorrami
         Robert J. Drexler, Jr.
         Launa Adolph
         KHORRAMI POLLARD & ABIR, LLP
         444 S. Flower Street, 33rd Floor
         Los Angeles, CA 90071
         Telephone:    (213) 596-6000
         Facsimile:    (213) 596-6010

         Andrew J. Sciolla (*Pro Hac Vice*)
         POGUST, BRASLOW & MILLROOD LLC
         Eight Tower Bridge, Suite 1520
         161 Washington Street
         Conshohocken, PA 19428
         Telephone:    (610) 941-4204
         Facsimile:    (610) 941-4245

         Attorneys for Plaintiffs,
         LUKE HALTON and DENNIS BIER

DATED: July 22, 2011                WINSTON & STRAWN LLP

By:      /s/ *Emilie C. Woodhead*
         Joan B. Tucker Fife
         WINSTON & STRAWN LLP
         101 California Street, Suite 3900
         San Francisco, CA 94111
         Telephone:    (415) 591-1000
         Facsimile:    (415) 591-1400


         Emilie C. Woodhead
         WINSTON & STRAWN LLP
         333 South Grand Avenue
         Los Angeles, CA 90071
         Telephone:    (213) 615-1700
         Facsimile:    (213) 615-1750

         Attorneys for Defendant,
         VALSPAR CORPORATION

**ORDER**

Having considered the Joint Stipulation submitted by the parties and, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the pre-trial deadlines shall be set as follows:

1. Pre-certification discovery cut-off:  December 16, 2011;
2. Plaintiff's Motion for Class Certification:  January 31, 2012;
3. Defendant's Opposition:  February 14, 2012;
4. Plaintiff's Reply:  February 21, 2012; and
5. Hearing on Class Certification:  **March 23, 2012**.

IT IS SO ORDERED.

Dated: July 22, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE