Shawn Khorrami, SBN 180411
skhorrami@kpalawyers.com
Robert J. Drexler, Jr., SBN 119119
rdrexler@kpalawyers.com
Launa Adolph, SBN 227743
ladolph@kpalawyers.com
**KHORRAMI POLLARD & ABIR LLP**
444 S. Flower St., Thirty-Third Floor
Los Angeles, California 90071
Telephone:   (213) 596-6000
Facsimile:   (213) 596-6010

*Attorneys for Plaintiffs*

Joan B. Tucker Fife, SBN 144572
jfife@winston.com
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

*Attorneys for Defendant*

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUKE HALTON and DENNIS BIER, Individually and on Behalf of All Other Similarly Situated Current and Former Employees,<br><br>Plaintiffs,<br><br>vs.<br><br>VALSPAR CORPORATION AND SUBSIDIARIES, a Delaware corporation, and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:10-cv-02400-KJM-EFB<br><br>**AMENDED JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

The parties to the above-referenced action stipulate as follows:

WHEREAS, the Court has set the following deadlines relating to class certification:

1. Pre-certification discovery cut-off:  December 16, 2011;
2. Plaintiff's Motion for Class Certification:  January 31, 2012;
3. Defendant's Opposition:  February 14, 2012;
4. Plaintiff's Reply:  February 21, 2012; and
5. Hearing on Class Certification:  March 23, 2012.

(Docket No. 24.)

WHEREAS, Plaintiffs' operative complaint contains claims regarding alleged meal and rest period violations under California law;

WHEREAS, the case of *Brinker Restaurant Corp. et al. v. Superior Court of San Diego County (Hohnbaum et al., Real parties in Interest)* ("*Brinker*"), which is currently under consideration of the California Supreme Court, involves questions of how to interpret and apply California meal and rest period law;

WHEREAS, the California Supreme Court is set to hear oral argument on November 8, 2011;

WHEREAS, the parties believe that the California Supreme Court will issue a decision within 90 days;

WHEREAS, the meal and rest break issues to be decided by the California Supreme Court in *Brinker* are relevant to the legal issues in this case relating to class certification;

WHEREAS, the parties believe that a short continuance of the briefing schedule and hearing on Plaintiff's Motion for Class Certification is appropriate to allow the parties to brief, and the Court to hear, the Motion for Class Certification with the benefit of the California Supreme Court's opinion in *Brinker*;

WHEREAS, the parties have met and conferred to determine a schedule for briefing and hearing the Plaintiff's Motion for Class Certification that allows the parties sufficient time to brief this motion after the Supreme Court issues an opinion in *Brinker* and takes into consideration counsel's trial calendars;

THE PARTIES THEREFORE STIPULATE AND REQUEST THAT the Court vacate the above-referenced deadlines, and set new deadlines as follows:

1. Pre-certification discovery cut-off:  April 30, 2012;
2. Plaintiff's Motion for Class Certification:  May 28, 2012;
3. Defendant's Opposition:  June 12, 2012;
4. Plaintiff's Reply:  June 19, 2012; and
5. Hearing on Class Certification:  June 29, 2011.

DATED:  November 23, 2011                KHORRAMI POLLARD & ABIR LLP

By:      /s/ Shawn Khorrami
Shawn Khorrami
Robert J. Drexler, Jr.
Launa Adolph
KHORRAMI POLLARD & ABIR, LLP
444 S. Flower Street, 33rd Floor
Los Angeles, CA 90071
Telephone:     (213) 596-6000
Facsimile:      (213) 596-6010

Andrew J. Sciolla (*Pro Hac Vice*)
POGUST, BRASLOW & MILLROOD LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
Telephone:     (610) 941-4204
Facsimile:      (610) 941-4245

Attorneys for Plaintiffs,
LUKE HALTON and DENNIS BIER

DATED:  November 23, 2011                WINSTON & STRAWN LLP

By:      /s/ Joan B. Tucker Fife
Joan B. Tucker Fife
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Emilie C. Woodhead
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:   (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Defendant,
VALSPAR CORPORATION

**ORDER**

Having considered the Joint Stipulation submitted by the parties and, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the pre-trial deadlines shall be set as follows:

1. Pre-certification discovery cut-off:  April 30, 2012;
2. Plaintiff's Motion for Class Certification:  May 28, 2012;
3. Defendant's Opposition:  June 12, 2012;
4. Plaintiff's Reply:  June 19, 2012; and
5. Hearing on Class Certification:  June 29, 2012.

IT IS SO ORDERED.

**Date: 11/23/2011**

_____
UNITED STATES DISTRICT JUDGE